Perry Woodward
Nevada Bar No. 7217
LATHROP GPM, LLP
70 S 1st Street
San Jose, CA 95113
T: (408) 299-1359 | F: (408) 998-4790
perry.woodward@lathropgpm.com

Michael J. Abrams, Esq.
(To be admitted *pro hac vice*)
LATHROP GPM, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
T: (816) 292-2000 | F: (816) 292-2001
michael.abrams@lathropgpm.com

Michael Gonzales
(To be admitted *pro hac vice*)
LATHROP GPM, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
T: (469) 983-6038 | F: (469) 983-6101
michael.gonzales@lathropgpm.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC AND MIDWEST DIVISION – OPRMC, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME HEALTHCARE AND KEENAN & ASSOCIATES,<br><br>Defendants. | Case No. 2:25-cv-02262-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT KEENAN & ASSOCIATES' TIME TO FILE ANSWER TO PLAINTIFFS' COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

**IT IS SO ORDERED:**

Defendant Keenan & Associates ("Keenan") and Plaintiffs Sunrise Hospital and Medical Center, LLC and Midwest Division - OPRMC, ~~LLC ("Plaintiffs") by and through~~ their respective undersigned counsel, hereby stipulate and agree as follows:

UNITED STATES DISTRICT JUDGE

DATED:_____

Plaintiffs' Complaint naming Keenan as a Defendant to this lawsuit was filed on November 14, 2025. [ECF No. 1].

Keenan requires and respectfully requests additional time in order to file their Response, allowing Keenan additional time to evaluate Plaintiffs' Complaint.

The Parties therefore stipulate and agree to extend the deadline for Keenan to file their Response until and through January 9, 2026.

This is Keenan's first request for an extension. This stipulation is made in good faith and not to delay the proceedings.

DATED this 5th day of December 2025.

| BAILEY KENNEDY | LATHROP GPM, LLP |
|---|---|
| By/s/Joshua Dickey<br>Joshua M. Dickey<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>(702) 562-8820<br>jdickey@baileykennedy.com<br><br>*Attorneys for Plaintiffs* | By/s/Perry Woodward<br>Perry Woodward (Nevada Bar #7217)<br>70 S 1st Street<br>San Jose, CA 95113<br><br>Michael J. Abrams, Esq.<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108<br>*To be admitted pro hac vice<br><br>Michael A. Gonzales<br>3131 McKinney Avenue, Suite 100<br>Dallas, TX 75204<br>*To be admitted pro hac vice<br><br>*Attorneys for Defendants Keenan & Associates* |

**IT IS SO ORDERED**

**DATED:** 11:29 am, December 10, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**