JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; AND MIDWEST DIVISION – OPRMC, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE FOUNDATION, INC.; AND KEENAN & ASSOCIATES, <br><br> Defendants. | Case No.:  2:25-cv-02262-JAD-BNW <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT KEENAN & ASSOCIATES, INC.'S MOTION TO DISMISS (ECF NO. 16)** <br><br> **(FIRST REQUEST)** <br><br> [ECF No. 19] |

Plaintiffs, Sunrise Hospital and Medical Center, LLC, d/b/a Sunrise Hospital & Medical Center ("Sunrise") and Midwest Division – OPRMC, LLC d/b/a Overland Park Regional Medical Center ("Overland Park," or collectively with Sunrise, "Plaintiffs") and Defendant Keenan & Associates ("Keenan") (collectively, the "Parties") hereby stipulate as follows:

1.    Keenan's Motion to Dismiss and Memorandum of Law in Support ("Motion") in this action was filed on January 7, 2026 (ECF No. 16).

2.    Plaintiffs' current deadline to respond to the Motion is January 21, 2026.

3.    Due to the schedules of the Plaintiffs and their counsel, the Plaintiffs require additional time to prepare their response to the Motion.

Page **1** of **2**

4.    The Parties therefore stipulate and agree to extend the deadline for the Plaintiffs to file their response to the Motion from January 21, 2026, to February 4, 2026.

5.    This is Plaintiffs' first requested extension.  This stipulation is made in good faith and not to delay the proceedings.

Dated this 20th day of January, 2026.

**BAILEY❖KENNEDY**

By: /s/Joshua M. Dickey
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Plaintiffs*

Dated this 20th day of January, 2026.

**LATHROP GPM, LLP**

By: /s/ Perry Woodward
    PERRY WOODWARD
    (NEVADA BAR NO. 7217)
    70 S 1st Street
    San Jose, CA 95113

MICHAEL J. ABRAMS
**LATHROP GPM, LLP**
(TO BE ADMITTED PRO HAC VICE)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108

MICHAEL GONZALES
**LATHROP GPM, LLP**
(TO BE ADMITTED PRO HAC VICE)
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204

*Attorneys for Defendant Keenan & Associates, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 20, 2026
_____

Page **2** of **2**