Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
kstegall@littler.com

Angel L. Garrett, Esq.
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.433.1940
Facsimile:  415.399.8490
algarrett@littler.com
*Pro Hac Vice Forthcoming*

Attorneys for Defendants
PRIME HEALTHCARE SERVICES, INC.
and PRIME HEALTHCARE FOUNDATION,
INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; and MIDWEST DIVISION – OPRMC, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE FOUNDATION, INC.; and KEENAN & ASSOCIATES, <br><br> Defendants. | Case No. 2:25-cv-02262-JAD-BNW <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS PRIME HEALTHCARE SERVICES, INC. AND PRIME HEALTHCARE FOUNDATION, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> **[FIRST REQUEST]** |

Plaintiffs SUNRISE HOSPITAL AND MEDICAL CENTER, LLC and MIDWEST DIVISION-OPRMC, LLC (jointly referred to as "Plaintiffs"), by and through their attorneys of record, Joshua M. Dickey, Esq. and Paul C. Williams, Esq. of Bailey Kennedy, and Defendants PRIME HEALTHCARE SERVICES, INC. and PRIME HEALTHCARE FOUNDATION, INC.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

(jointly referred to as "Prime Healthcare"), by and through their attorneys of record, Kelsey E. Stegall, Esq., and Angel L. Garrett, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Prime Healthcare to file a responsive pleading to Plaintiffs' First Amended Complaint to ***February 17, 2026***.

This extension is necessary to provide adequate time given that Prime Healthcare recently retained its counsel. Therefore, this allows Prime Healthcare's counsel to become familiar with the allegations in the First Amended Complaint, to investigate the facts of this matter, and to prepare a responsive pleading.

This is the first request from this Court for an extension of time to respond to the First Amended Complaint by Prime Healthcare.  This request is made in good faith and not for the purpose of delay.

Dated:  February 6, 2026

BAILEY KENNEDY

/s/ *Joshua M. Dickey*
Joshua M. Dickey, Esq.
Paul C. Williams, Esq.

Attorneys for Plaintiffs
SUNRISE HOSPITAL AND MEDICAL CENTER, LLC and MIDWEST DIVISION – OPRMC, LLC

Dated:  February 6, 2026

LITTLER MENDELSON, P.C.

/s/ *Kelsey Stegall*
Kelsey Stegall, Esq.
Angel L. Garrettt, Esq.

Attorneys for Defendants
PRIME HEALTHCARE SERVICES, INC. and PRIME HEALTHCARE FOUNDATION, INC.

**IT IS SO ORDERED.**

Dated:   February 9, 2026

_____
UNITED STATE MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2