JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

SAVANNAH M. SHEPHERD
*(Admitted Pro Hac Vice)*
**POLSINELLI PC**
605 Chestnut Street, Suite 950
Chattanooga, Tennessee 37450
Telephone: 423.321.7979
SShepherd@polsinelli.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; AND MIDWEST DIVISION – OPRMC, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE FOUNDATION, INC.; AND KEENAN & ASSOCIATES,<br><br>Defendants. | Case No.: 2:25-cv-02262-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT PRIME HEALTHCARE SERVICES, INC.'S AND PRIME HEALTHCARE FOUNDATION, INC.'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION (ECF NOS. 27 AND 29)**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Sunrise Hospital and Medical Center, LLC, d/b/a Sunrise Hospital & Medical Center ("Sunrise") and Midwest Division – OPRMC, LLC d/b/a Overland Park Regional Medical Center ("Overland Park," or collectively with Sunrise, "Plaintiffs") and Defendant Prime Healthcare Services, Inc. and Prime Healthcare Foundation, Inc., (collectively, "Prime") hereby stipulate as follows:

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1. Prime's Motion to Dismiss and Memorandum of Points and Authorities ("Motion to Dismiss") and Motion to Compel Arbitration and Memorandum of Points and Authorities ("Motion to Compel") in this action were filed on February 17, 2026. (ECF Nos. 27 and 29).

2. Plaintiffs' current deadline to respond to the Motion to Dismiss and Motion to Compel is March 3, 2026.

3. Prime's replies to Plaintiffs' responses would be due March 10, 2026.

4. The Parties are exploring the possibility of alternative dispute resolution.

5. The Parties therefore stipulate and agree to extend the deadline for the Plaintiffs to file their responses to the Motion to Dismiss and Motion to Compel from March 3, 2026, to March 31, 2026. The Parties further agree to extend Prime's deadline to file replies to Plaintiffs' responses from March 10, 2026, to April 28, 2026.

6. This is Plaintiffs' first requested extension. This stipulation is made in good faith and not to delay the proceedings.

Dated this 2nd day of March, 2026.

**BAILEY❖KENNEDY**

By: */s/ Joshua M. Dickey*
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

    SAVANNAH M. SHEPHERD
    *(Admitted Pro Hac Vice)*
    **POLSINELLI PC**
    605 Chestnut Street, Suite 950
    Chattanooga, Tennessee 37450

*Attorneys for Plaintiffs*

Dated this 2nd day of March, 2026.

**LITTLER MENDELSON, P.C.**

By: */s/ Kelsey E. Stegall*
    KELSEY E. STEGALL
    NEVADA BAR NO. 14279
    8474 Rozita Lee Avenue, Suite 200
    Las Vegas, Nevada 89113.4770

    ANGEL L. GARRETT
    *(To Be Admitted Pro Hac Vice)*
    **LITTLER MENDELSON, P.C.**
    101 Second Street, Suite 1000
    San Francisco, CA 94105

*Attorneys for Defendant Prime Healthcare Services, Inc. and Prime Healthcare Foundation, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____3/3/26_____

Page **2** of **2**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820