JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

SAVANNAH M. SHEPHERD
*(Admitted Pro Hac Vice)*
**POLSINELLI PC**
605 Chestnut Street, Suite 950
Chattanooga, Tennessee 37450
Telephone: 423.321.7979
SShepherd@polsinelli.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; AND MIDWEST DIVISION – OPRMC, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE FOUNDATION, INC.; AND KEENAN & ASSOCIATES, <br><br> Defendants. | Case No.:  2:25-cv-02262-JAD-BNW <br><br> **STIPULATION AND ORDER TO STAY ACTION PENDING MEDIATION** |

Pursuant to LR 7-1, Plaintiffs Sunrise Hospital and Medical Center, LLC and Midwest Division – OPRMC, LLC (collectively, "Plaintiffs"); Defendants Prime Healthcare Services, Inc. and Prime Healthcare Foundation, Inc. (collectively, "Prime"); and Defendant Keenan & Associates ("Keenan," or collectively with Plaintiffs and Prime, the "Parties"), through their respective undersigned counsel, hereby submit this proposed Stipulation and Order to Stay Action Pending Mediation.

1. Plaintiffs filed their Original Complaint [ECF No. 1] in this matter on November 14, 2025, and subsequently filed their First Amended Complaint [ECF No. 7] on December 17, 2025 (the "Action").

2. Keenan filed a Motion to Dismiss [ECF No. 16] on January 7, 2026, and Plaintiffs filed their Response in Opposition to Keenan's Motion to Dismiss [ECF No. 21] on February 4, 2026.

3. Prime concurrently filed a Motion to Dismiss [ECF No. 29] and a Motion to Compel Arbitration [ECF No. 27] on February 17, 2026, and Plaintiffs' responses to Prime's Motion to Dismiss and Motion to Compel Arbitration are presently due on March 31, 2026.

4. The Parties have agreed to mediate the matters at issue in this Action.

5. The Parties are finalizing the details of the mediation and intend for the mediation to take place in April or early May, 2026.

6. If the mediation is successful, Plaintiffs will be able to dismiss this Action in its entirety with prejudice, obviating the need for further litigation.

7. Accordingly, the Parties believe that a stay of this Action pending the outcome of the mediation is appropriate.

8. Specifically, a stay of this Action will enable the Parties to focus on preparing for the mediation, rather than responding to pending motions and engaging in discovery, which will make resolution more likely.

9. Furthermore, the Parties believe that a stay of this Action pending mediation will limit the need for the Court's involvement in the Parties' dispute.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Action is stayed in its entirety to allow the Parties to prepare for and participate in mediation in April or early May, 2026.

2. On or before June 15, 2026, the Parties will update the Court regarding the status of their efforts to resolve this matter.

3. During the stay of this Action, all Motion responses and discovery deadlines will be stayed unless and until the Parties inform the Court on or before June 15, 2026, that this Action was

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

not resolved and will proceed to litigation, in which case the Parties will agree upon and propose new response and discovery deadlines for the Court's approval.

Dated this 30th day of March, 2026.

**BAILEY❖KENNEDY**

By: */s/ Joshua M. Dickey*
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

    SAVANNAH M. SHEPHERD
    *(Admitted Pro Hac Vice)*
    **POLSINELLI PC**
    605 Chestnut Street, Suite 950
    Chattanooga, Tennessee 37450

*Attorneys for Plaintiffs*

Dated this 30th day of March, 2026.

**LITTLER MENDELSON, P.C.**

By: */s/ Kelsey E. Stegall*
    KELSEY E. STEGALL
    NEVADA BAR NO. 14279
    8474 Rozita Lee Avenue, Suite 200
    Las Vegas, Nevada 89113.4770

    ANGEL L. GARRETT
    *(Admitted Pro Hac Vice)*
    **LITTLER MENDELSON, P.C.**
    101 Second Street, Suite 1000
    San Francisco, CA 94105

*Attorneys for Defendant Prime Healthcare Services, Inc. and Prime Healthcare Foundation, Inc.*

Dated this 30th day of March, 2026.

**LATHROP GPM, LLP**

By: */s/ Perry Woodward*
    PERRY WOODWARD
    (NEVADA BAR NO. 7217)
    70 S 1st Street
    San Jose, CA 95113

    MICHAEL J. ABRAMS
    **LATHROP GPM, LLP**
    (TO BE ADMITTED PRO HAC VICE)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108

    MICHAEL GONZALES
    **LATHROP GPM, LLP**
    (TO BE ADMITTED PRO HAC VICE)
    3131 McKinney Avenue, Suite 100
    Dallas, Texas 75204

*Attorneys for Defendant Keenan & Associates*

**BAILEY❖KENNEDY**
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**ORDER**

IT IS SO ORDERED:

Based on the foregoing finding of good cause, this Action shall be stayed in its entirety pending the Parties' mediation.  The Parties will notify the Court of the outcome of the mediation on or before June 15, 2026. While this Action is stayed, all pending motions are deemed moot and all response and discovery deadlines are hereby stayed.

_____
UNITED STATES DISTRICT JUDGE


Dated:_____3/31/2026_____

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820