JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

SAVANNAH M. SHEPHERD
*(Admitted Pro Hac Vice)*
**POLSINELLI PC**
605 Chestnut Street, Suite 950
Chattanooga, Tennessee 37450
Telephone: 423.321.7979
SShepherd@polsinelli.com

*Attorneys for Plaintiffs*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; AND MIDWEST DIVISION – OPRMC, LLC,

Plaintiffs,

vs.

PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE FOUNDATION, INC.; AND KEENAN & ASSOCIATES,

Defendants.

Case No.: 2:25-cv-02262-JAD-BNW

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sunrise Hospital and Medical Center, LLC and Midwest Division – OPRMC, LLC (collectively, "Plaintiffs"); Defendants Prime Healthcare Services, Inc. and Prime Healthcare Foundation, Inc. (collectively, "Prime"); and Defendant Keenan & Associates ("Keenan," or collectively with Plaintiffs and Prime, the "Parties"), hereby stipulate to the dismissal of all of the claims at issue in this action, with prejudice. The Parties shall bear their own attorneys' fees and costs incurred in this action.

Dated this 8th day of September, 2026.

**BAILEY❖KENNEDY**

By: */s/ Joshua M. Dickey*
JOSHUA M. DICKEY
PAUL C. WILLIAMS
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

SAVANNAH M. SHEPHERD
*(Admitted Pro Hac Vice)*
**POLSINELLI PC**
605 Chestnut Street, Suite 950
Chattanooga, Tennessee 37450

*Attorneys for Plaintiffs*

Dated this 8th day of September, 2026.

**LITTLER MENDELSON, P.C.**

By: */s/ Kelsey E. Stegall*
KELSEY E. STEGALL
NEVADA BAR NO. 14279
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113.4770

ANGEL L. GARRETT
*(Admitted Pro Hac Vice)*
**LITTLER MENDELSON, P.C.**
101 Second Street, Suite 1000
San Francisco, CA 94105

*Attorneys for Defendants*
*Prime Healthcare Services, Inc.*
*Prime Healthcare Foundation, Inc.*

Dated this 8th day of September, 2026.

**LATHROP GPM, LLP**

By: */s/ Perry Woodward*
PERRY WOODWARD
(NEVADA BAR NO. 7217)
70 S 1st Street
San Jose, CA 95113

MICHAEL J. ABRAMS
**LATHROP GPM, LLP**
(TO BE ADMITTED PRO HAC VICE)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108

MICHAEL GONZALES
**LATHROP GPM, LLP**
(TO BE ADMITTED PRO HAC VICE)
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204

*Attorneys for Defendant*
*Keenan & Associates*

**ORDER**

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: September 10, 2026

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820